CHARLES H. WHORISKEY *vs.* OLD COLONY RAILROAD COMPANY.

Suffolk.    March 28, 1899. — May 19, 1899.

Present: KNOWLTON, MORTON, LATHROP, & HAMMOND, JJ.

*Land Damages — Grade Crossing — Want of Jurisdiction.*

The Superior Court cannot entertain a petition for the assessment of damages caused by the taking of the petitioner's land by a railroad corporation, which petition is not brought, as required by § 5 of St. 1890, c. 428, as amended by St. 1891, c. 123, within one year after the date of the decree of the court confirming the decision of the commission appointed under '§ 1 of the first named statute.

PETITION to the Superior Court, under the statutes relating to the abolition of crossings at grade by railroads and other roads, for an assessment of damages caused to the petitioner's property in Boston. Trial before *Maynard*, J., who at the respondent's request ruled that, the petitioner having failed to file his petition within one year from the date of the decree, it was not seasonably brought, and directed a verdict for the respondent. The petitioner alleged exceptions.

*J. F. Cronan,* for the petitioner.

*J. H. Benton, Jr.,* for the respondent, submitted the case on a brief.

KNOWLTON, J. This case is governed by the language of St. 1890, c. 428, § 5, as amended by St. 1891, c. 123, and by the

decision in *Gately* v. *Old Colony Railroad*, 171 Mass. 494. Under this statute, there can be a recovery of damages only upon a petition " brought within one year after the day of the date of the decree of the court confirming the decision" of the commission appointed under § 1 of St. 1890, c. 428. It is argued that the words, " in the same manner and under like rules of law as damages may be determined when occasioned by the taking of land for the locating and laying out of railroads and public ways, respectively," adopt into this statute the provisions of the Pub. Sts. c. 49, §§ 88, 89, in regard to bringing a petition within six months after the land is actually entered upon in certain cases. But we think it very clear that these words do not modify the previous requirements that a petition, in order to be entertained, must be brought within one year after the date of the decree. See also *Burnett* v. *Boston*, *ante*, 173.

*Exceptions overruled.*